UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>                Petitioner,<br><br>   v.<br><br>RONALD HAYNES,<br><br>                Respondent. | CASE NO. C17-6019 BHS-DWC<br><br>ORDER DENYING PETITIONER'S OBJECTIONS |

This matter comes before the Court on Petitioner John Garrett Smith's ("Smith") objections to the orders on nondispositive matters by the Honorable David W. Christel, United States Magistrate Judge.

On December 11, 2017, Judge Christel granted Smith's motion for leave to proceed *in forma pauperis* and accepted his petition for writ of habeas corpus. Dkts. 2, 3. On January 25, 2018, Judge Christel denied three of Smith's motions requesting Judge Christel to shorten the time for Respondent to answer the petition. Dkt. 33. On February 2, 2018, Smith filed objections to the order. Dkt. 36.

On February 6, 2018, Judge Christel granted Respondent's motion for an extension of time to answer Smith's petition. Dkt. 40. On February 14, 2018, Smith filed objections to the order. Dkt. 41.

When a party files objections to a nondispositve order, the "district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).

In this case, Smith fails to show that any part of Judge Christel's orders is clearly erroneous or contrary to law. Judge Christel has broad discretion to manage his docket, and his orders fall squarely within the bounds of that discretion. Therefore, the Court, having considered Smith's objections and the remaining record, hereby **DENIES** Smith's objections.

**IT IS SO ORDERED**

Dated this 22nd day of February, 2018.

BENJAMIN H. SETTLE
United States District Judge