UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH, <br><br> Petitioner, <br><br> v. <br><br> RONALD HAYNES, <br><br> Respondent. | CASE NO. 3:17-CV-06019-BHS-DWC <br><br> ORDER |

The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge David W. Christel. Currently pending in this action are Petitioner John Garrett Smith's "Motion for Restoration of Relevancy of the Law," ("Motion for Restoration") "Motion of Legal and Logical Clarification of Appeal (Filed in 9th Circuit Court on 2.1.18)," and "Motion for Classification of Prior Filing as a 'Response' per LCR 7" ("Motion for Classification"). Dkt. 35, 39, 49.[1]

---

[1] Petitioner has also filed an objection to the January 25, 2018 Report and Recommendation and a Motion he titled Appeal of Order and of Misprision. Dkt. 37, 50. Both the objection and Motion are pending before the Honorable Judge Benjamin H. Settle, the District Judge assigned to this case.

ORDER - 1

## I. Motion for Restoration (Dkt. 35)

In the Motion for Restoration, Petitioner requests the Court enforce the law and release him from custody. *See* Dkt. 35. Petitioner has filed several Motions requesting release from custody and stating his state conviction is void and the state lacks jurisdictional authority over him. *See* Dkt. 7, 10, 12-13, 16-18, 20, 22, 24, 27, 29-30. The Court entered a Report and Recommendation, recommending Petitioner's Motions be dismissed because his request mirrored the relief sought in his Petition and the Petition was not ready for the Court's consideration. *See* Dkt. 34. The Court has also warned Petitioner that if he filed any duplicative motion requesting the same relief as requested in a previously filed motion, the Court may strike the motion as duplicative without additional comment. *See* Dkt. 33. The Court finds Petitioner is requesting the same relief as requested in a several previously filed Motions. Therefore, the Motion for Restoration (Dkt. 35) is denied because it is duplicative.

## II. Motion of Legal and Logical Clarification of Appeal (Dkt. 39)

In the Motion of Legal and Logical Clarification of Appeal, Petitioner is clarifying Court Orders he wishes to appeal. *See* Dkt. 39. Petitioner does not appear to request any relief from the Court in this Motion. *See id*. Therefore, the Motion of Legal and Logical Clarification of Appeal (Dkt. 39) is denied as moot.

## III. Motion for Classification (Dkt. 49)

Petitioner filed the Motion for Classification stating the Motion for Emergency Preliminary Injunction (Dkt. 46) is his response to Respondent's Answer. Dkt. 49. Petitioner states that "[a]ll 48 pages" are provided as legal rebuttal to the Answer. *Id*. Petitioner again is not asking for relief from the Court; therefore, the Motion for Classification (Dkt. 49) is denied as moot. However, the Court directs the Clerk to re-name Docket 46 from Motion for Emergency

Preliminary Injunction to Response to Answer. The Clerk is also directed to terminate the pending motion for Docket 46.

Dated this 9th day of March, 2018.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER - 3