UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

    Petitioner,

v.

RONALD HAYNES,

    Respondent.

CASE NO. 3:17-CV-06019-BHS-DWC

ORDER

The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge David W. Christel. Currently pending in this action are twenty Motions filed by Petitioner John Garrett Smith. Dkt. 64, 65, 66, 67, 68, 69, 70, 72, 73, 74, 75, 77, 78, 79, 80, 81, 82, 83, 87, 88.[1]

## I. Motions Requesting No Relief (Dkt. 64, 87, 88)

In three Motions, Petitioner fails to request relief from this Court. Dkt. 64, 87, 88. He either provides statements or questions to the Court indicating he is attempting to preserve the record. As Petitioner has not requested relief, these three Motions (Dkt. 64, 87, 88) are moot.

---

[1] Petitioner's Petition became ready for the Court's consideration on May 11, 2018. The Court will issue a separate report and recommendation on the Petition.

**II. Motions Requesting Release (Dkt. 65-70, 72-75, 77-83)**

In the remaining seventeen Motions, Petitioner requests the Court enforce the law and release him custody immediately. *See* Dkt. 65, 66, 67, 68, 69, 70, 72, 73, 74, 75, 77, 78, 79, 80, 81, 82, 83. Petitioner had previously filed several other motions requesting release from custody and stating his state conviction is void and the state lacks jurisdictional authority over him. *See* Dkt. 7, 10, 12-13, 16-18, 20, 22, 24, 27, 29-30. The Court entered a Report and Recommendation on these previously filed motions, recommending Petitioner's Motions be dismissed because his request mirrored the relief sought in his Petition and the Petition was not ready for the Court's consideration. *See* Dkt. 34. The Court also warned Petitioner that if he filed any duplicative motion requesting the same relief as requested in a previously filed motion, the Court may strike the motion as duplicative without additional comment. *See* Dkt. 33. The Court finds Petitioner is requesting the same relief as requested in several previously filed motions. Therefore, the seventeen Motions (Dkt. 65, 66, 67, 68, 69, 70, 72, 73, 74, 75, 77, 78, 79, 80, 81, 82, 83) are denied because they are duplicative.

Dated this 31st day of May, 2018.

David W. Christel
United States Magistrate Judge