UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>              Petitioner,<br><br>   v.<br><br>RONALD HAYNES,<br><br>              Respondent. | CASE NO. C17-6019 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 93), and Petitioner John Garrett Smith's ("Smith") objections to the R&R (Dkts. 97–101).

On June 6, 2018, Judge Christel issued the R&R recommending that the Court dismiss Smith's petition without prejudice because the claims are unexhausted and a state court remedy remains available. Dkt. 93. On June 13, 2018, Smith filed four documents objecting to the R&R. Dkts. 97–100. On June 18, 2018, Smith filed another objection to the R&R. Dkt. 101.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Smith raises numerous objections, but none of them attack the merits of Judge Christel's R&R. Although Smith asserts numerous alleged errors in his trial, he fails to show that any of these errors were presented to any state court. Judge Christel thoroughly explained that, because Smith is seeking relief from a state court conviction, Smith must present these claims to a state court before seeking relief from this federal court. Absent any evidence that Smith presented his claims to a state court, the Court agrees with Judge Christel that Smith has failed to exhaust his claims. Therefore, the Court having considered the R&R, Smith's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Smith's petition is **DISMISSED without prejudice**;

(3) A Certificate of Appealability is **DENIED**; and

(4) The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 5th day of July, 2018.

BENJAMIN H. SETTLE
United States District Judge